**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andre Maurice WALKER,**
**Defendant–Appellant.**

No. 09–10645
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2010.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Andre Maurice Walker, Coleman, FL, pro se.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

William Charles Fletcher and Richard Selinger, appointed counsel for Andre Maurice Walker, have filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, the motion to withdraw is **GRANTED,** and Walker's conviction and sentence is **AFFIRMED.**